1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com
3
   **HALL JAFFE & CLAYTON, LLP**
4  7425 PEAK DRIVE
   LAS VEGAS, NEVADA 89128
5  (702) 316-4111
   FAX (702)316-4114
6
7  Attorney for Defendant, State Farm Mutual
   Fire and Casualty Company parent of
   State Farm Mutual Automobile Insurance Company

8
9                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
10

11  RIVERPORT INSURANCE COMPANY,          CASE NO.: 2:18-CV-00330-GMN-NJK

12                 Plaintiff,

13         vs.                            **STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS (First Request) and TO PRODUCE UNDERWRITING FILE (First Request)**
14  STATE FARM FIRE AND CASUALTY
    COMPANY, parent of STATE FARM
15  MUTUAL AUTOMOBILE COMPANY

16                 Defendants.

17

18         Defendant, State Farm Fire and Casualty Company, erroneously named as "parent of State Farm

19  Mutual Automobile Insurance Company" ("State Farm") and Plaintiff, Riverport Insurance Company

20  ("Riverport") (hereinafter referred to collectively as the "Parties"), hereby submit the instant Stipulation

21  and Order To Extend Time to File Motions (First Request) and To Produce Underwriting File (First

22  Request).  This is the Parties' first stipulation for an extension of time for Riverport to file its

23  Opposition to State Farm's Motion for Summary Judgment re: Riverport's Claims For Equitable

24  Indemnity, Equitable Subrogation, and Equitable Contribution (ECF No. 22), which is currently due on

25  December 17, 2018; and the first stipulation for an extension of time for State Farm to produce its

26  underwriting file, which is currently due by December 20, 2018, pursuant to the Court's December 6,

27  2018 Order (ECF No. 29) granting Riverport's Motion to Compel (ECF No. 21).

28         Although State Farm is diligently attempting to comply with the Court's Order (ECF No. 29), the

holiday schedule and associated pre-arranged absences of personnel preclude State Farm from ensuring timely production of the materials by December 20, 2018. Accordingly, the Parties hereby stipulate to extend the deadlines for State Farm's production of the underwriting file, and for Riverport's Opposition to State Farm's Motion for Summary Judgment re: Riverport's Claims For Equitable Indemnity, Equitable Subrogation, and Equitable Contribution (ECF No. 22), which may reference materials from the underwriting file, as follows:

1) The underwriting file originally to be produced by State Farm by December 20, 2018 pursuant to the Court's Order (ECF No. 29) granting Riverport's Motion to Compel (ECF No. 21), is to be produced by December 28, 2018;

2) Riverport's Opposition to State Farm's Motion for Summary Judgment re: Riverport's Claims For Equitable Indemnity, Equitable Subrogation, and Equitable Contribution (ECF No. 22), originally due on December 17, 2018, is now due on December 31, 2018; and

3) State Farm's Reply is due 14 days after service of Riverport's Opposition unless the Court orders otherwise pursuant to LR II 7-2.

//
//
//
//
//
//
//
//
//
//
//
//

The Parties submit that the foregoing extensions are requested in good faith, jointly by the Parties, and not for the purposes of delay.

**IT IS SO STIPULATED**.

DATED this 12th day of December, 2018.

HALL JAFFE & CLAYTON, LLP

By: /s/ Kathy A. McCarthy
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 005260
KATHY A. MCCARTHY, ESQ.
Nevada Bar No. 011204
7425 Peak Drive
Las Vegas, Nevada 89128
***Attorneys for Defendant***

DATED this 12th day of December, 2018.

THE FELDMAN FIRM

By: /s/ David J. Feldman
DAVID J. FELDMAN, ESQ.
Nevada Bar No. 005947
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
***Attorneys for Plaintiff***

**IT IS SO ORDERED.**

Dated this  13  day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT