David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Plaintiff
*Riverport Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, parent of STATE FARM MUTUAL AUTOMOBILE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-330<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION (Second Request)** |

Plaintiff, Riverport Insurance Company ("Riverport") and Defendant, State Farm Fire and Casualty Company, erroneously named as "parent of State Farm Mutual Automobile Insurance Company" ("State Farm") (hereinafter referred to collectively as the "Parties"), hereby submit the instant Stipulation and Order To Extend Time to File Motions (Second Request). This is the Parties' second stipulation for an extension of time for Riverport to file its Response to State Farm's Motion for Summary Judgment re: Riverport's Claims For Equitable Indemnity, Equitable Subrogation, and Equitable Contribution [ECF No. 22], which was due on December 31, 2018 pursuant to the Stipulation and Order to Extend Time to File Motions (First Request) and to Produce Underwriting File entered by this Court on December 13, 2018 [ECF No. 32]. Although Riverport was prepared to file its Opposition to Defendant State Farm Fire and Casualty Company's Motion for Summary Judgment Re: Riverport's Claims for Equitable Indemnity, Equitable Subrogation, and Equitable Contribution [ECF No. 22], due to a personnel error, the filing [ECF No. 34] was not submitted to this Court until January 2, 2019. Accordingly, the Parties hereby stipulate to extend the deadline for Riverport's Response to State Farm's Motion for Summary Judgment re:

1

Riverport's Claims For Equitable Indemnity, Equitable Subrogation, and Equitable Contribution [ECF No. 22], as follows:

1. Riverport's Opposition to State Farm's Motion for Summary Judgment re: Riverport's Claims For Equitable Indemnity, Equitable Subrogation, and Equitable Contribution [ECF No. 22], originally due on December 31, 2018, is now due on January 2, 2019;

2. State Farm's Reply is due 14 days after service, or January 16, 2019, of Riverport's Opposition unless the Court orders otherwise pursuant to LR II 7-2.

Dated: January 3, 2019

By: _____
David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Plaintiff*

Dated: January 3, 2019

By: /s/ Kathy McCarthy
Riley A. Clayton, Esq.
Nevada Bar No. 005260
Kathy A. McCarthy, Esq.
Nevada Bar No. 011204
Hall Jaffe & Clayton LLP
7425 Peak Drive
Las Vegas, NV 89128
Telephone: (702) 316-4111
Facsimile: (702) 316-4114
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 8 day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT